Ana L. Molleda, State Bar No. 179199
Law Office of Ana L. Molleda
1545 North Texas Street, Suite 306
Fairfield, CA 94533
Telephone: (707) 422-4050
Facsimile: (707) 422-4080
Email: amolleda@molledalawoffice.com

Attorney for Plaintiff Larry Gene Plummer

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GENE PLUMMER<br><br>Plaintiff(s),<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant(s). | Case No. 2:17-cv-02414 CKD<br><br>ORDER RE PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME |

This matter came before the court on motion of Plaintiff LARRY GENE PLUMMER for extensions of time to file a motion for summary judgment or, alternatively, to serve Defendant ACTING COMMISSIONER OF SOCIAL SECURITY with a request for voluntary remand. Having considered the motion, and it appearing that defendant does not oppose, the court finds that good cause exists to extend the time as requested. Therefore, the court grants the motion as follows:

IT IS ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 10) is granted;

2. Plaintiff shall file and serve his motion for summary judgment and/or remand in this court on or before **May 9, 2018**; and

3. If plaintiff has new evidence outside the evidentiary record, plaintiff may submit the new evidence to defendant with a request for voluntary remand on or before **April 26, 2018.** Within 30 days from the date of service of such evidence, defendant shall notify plaintiff whether or not the case will be voluntarily remanded. If defendant declines the request for voluntary remand, within 45 days from notification that remand is declined, plaintiff shall file a motion for summary judgment and/or remand in this court.

Dated: March 21, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE