MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LARRY GENE PLUMMER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:17-cv-02414-CKD<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO VOLUNTARY ENTRY OF JUDGMENT FOR PLAINTIFF |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to take further action as necessary to complete the administrative record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 13, 2018

*/s/ Ana L. Molleda by Chantal R. Jenkins\**
Ana L. Molleda
*As authorized *via* email by Ana L. Molleda on July 13, 2018
Attorney for Plaintiff

Dated: July 13, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED.

Dated: July 17, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE